584 A.2d 203
STATE OF NEW JERSEY v. KENNETH WATSON.

May 1, 1990.

Petition for certification denied.

584 A.2d 203
STATE OF NEW JERSEY v. JAVIER MARTINEZ.

May 1, 1990.

Petition for certification denied.

584 A.2d 204
IN THE MATTER OF AN APPLICATION OF GLENN A. ZWERIN,
M.D., FOR LICENSURE TO PRACTICE MEDICINE AND
SURGERY IN THE STATE OF NEW JERSEY.

May 1, 1990.

Petition for certification denied.

584 A.2d 204
BERNARD E. CZACHOWSKI v. PETER ALLEGRA, ESQUIRE.

May 1, 1990.

Petition for certification denied.